JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **MARCUS LEON LINTHECOME** | ) | |
| Petitioner, | ) | Case No. CV 13-1439-JGB(AJW) |
| v. | ) | |
| **SHERIFF BACA, et al.** | ) | JUDGMENT |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 3/28/13

_____
Jesus G. Bernal
United States District Judge